UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. m0458 RBC |
| ) | |
| AHMED EL-GHEUR, ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Susan Williams, Criminal Investigator, Deputy United States Marshal, United States Marshal's Service, do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Ahmed El-Gheur, who has pled guilty in the United States District Court for the District of Columbia to charges that the defendant conspired to possess with intent to distribute heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 846, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

*/s/ Susan Williams*
Susan Williams, Criminal Investigator
Deputy United States Marshal
United States Marshal's Service

Subscribed and sworn to before me
this 23RD day of January, 2004

*/s/*
HON. ROBERT B. COLLINGS
UNITED STATES CHIEF MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

# WARRANT FOR ARREST

CO-180 (Rev - DC 03/01)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>AHMED EL-GHEUR<br><br>DOB: 03/13/1966     PDID# REG:33600-054 | DOCKET NO: CR 00-0211     MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>AHMED EL-GHEUR<br>0016 OCEAN PARKWAY<br>BROOKLYN, NEW YORK |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR<br>OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY: POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION   21 USC 841; 21 USC 846 |
|---|---|
| BAIL FIXED BY COURT:<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE<br>NONE |

| ORDERED BY:<br>JUDGE HENRY H. KENNEDY, JR. | JUDGE/MAGISTRATE JUDGE<br>JUDGE HENRY H. KENNEDY, JR. | DATE ISSUED:<br>JANUARY 22, 2004 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>*[signature]* | DATE:<br>JANUARY 22, 2004 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |