# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES OF AMERICA

V.

AHMED EL-GHEUR

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR. 0-0211 | 2004M0458RBC | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Other (specify)

charging a violation of  21  U.S.C. §  846

**DISTRICT OF OFFENSE**

District of Columbia

**DESCRIPTION OF CHARGES:**

Conspiracy

**CURRENT BOND STATUS:**

[ ] Bail Fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[XXX] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

**Representation:** Federal Defender

**Interpreter Required?**  [XX] No  [ ] Yes  Language: _____

**DISTRICT OF** MASSACHUSETTS

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

JAN 2 3 2004
Date

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts

United States District Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE  UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |